Case 2:20-cv-05931-SB-MRW Document 22 Filed 02/02/21 ID #:319

FILED
CLERK, U.S. DISTRICT COURT
February 2, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSE GONZALEZ; FABIO GONZALEZ, <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY; PACIFIC LODGE YOUTH SERVICES, INC. DBA: OPTIMIST YOUTH HOMES & FAMILY SERVICES; & DOES 1 TO 100, Inclusive, <br><br> Defendants. | CASE NO.:  CV 20-5931-SB-MRWx <br><br> [*Originally filed in Los Angeles County Superior Court Case No.:19STCV46525*] <br><br> **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

The Court hereby dismisses this action in its entirety with prejudice.  Each party is to pay their own fees and costs.

Dated:  February 2, 2021

_____
Stanley Blumenfeld, Jr.
United States District Judge

1